|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAFAEL ARROYO, | Case No. 5:21-cv-001050-BLF |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| CUPERTINO HOTEL OWNER LLC, a Delaware Limited Liability Company, | Complaint Filed: February 11, 2021 |
| Defendants. | Complaint Served: February 18, 2021 |
| | Current Response Date: April 9, 2021 |
| | New Response Date: May 10, 2021 |

1  In light of the Parties' Stipulation and good cause appearing therefor, the Court
2  hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Cupertino Hotel
3  Owner LLC shall have an extension of time of thirty-one (31) days in which to respond to
4  Plaintiff's Complaint to May 10, 2021.

6  **IT IS SO ORDERED.**

8  Dated:  March  19 , 2021                   _____
9                                              United States District Judge